UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| WEST VIRGINIA PIPE TRADES HEALTH & WELFARE FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>MEDTRONIC, INC., et al.,<br><br>    Defendants. | Civ. No. 0:13-cv-01686-JRT-FLN<br><br>CLASS ACTION |
| PHIL PACE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>MEDTRONIC, INC., et al.,<br><br>    Defendants. | Civ. No. 0:13-cv-01739-JRT-FLN<br><br>CLASS ACTION |

ORDER GRANTING THE INSTITUTIONAL INVESTORS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

Having considered the Employees' Retirement System of the State of Hawaii and Union Asset Management Holding AG's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), Dkt. No. 10, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the related actions, *West Virginia Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, No. 13-cv-01686 and *Pace v. Medtronic, Inc.*, No. 13-cv-01739, are consolidated for pre-trial purposes as *In re Medtronic, Inc. Securities Litigation*, Master File No. 13-cv-01739;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Employees' Retirement System of the State of Hawaii and Union Asset Management Holding AG are appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as Lead Counsel and Zimmerman Reed, P.L.L.P. as Liaison Counsel for the class is approved.

IT IS SO ORDERED.

DATED: September 10, 2013

*S/FRANKLIN L. NOEL*
THE HONORABLE FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE